

# Fourth Court of Appeals
## San Antonio, Texas

February 17, 2015

No. 04-14-00746-CV

**ALAMO HEIGHTS ISD**,
Appellant

v.

Catherine **CLARK**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-19821
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

The Appellee's Motion for Extension of Time to File Brief is GRANTED. The appellee's brief is due on March 8, 2015. No further extensions.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of February, 2015.

_____
Keith E. Hottle
Clerk of Court